CITY OF ST. LOUIS, Appellant,

v.

TERMINAL RAILROAD
ASSOCIATION,
Respondent.

No. 50667.

Missouri Court of Appeals,
Eastern District,
Division Five.

Feb. 18, 1986.

Julian Bush, St. Louis, for appellant.

Robert C. Ely, St. Louis, for respondent.

**ORDER**

PER CURIAM:

Direct appeal from declaratory judgment.

Judgment affirmed. Rule 84.16(b).

Maggie Lois MORELAND,
Plaintiff-Respondent,

v.

Richard Aloysious MORELAND,
Defendant-Appellant.

Nos. 49526, 49821.

Missouri Court of Appeals,
Eastern District,
Division Three.

Feb. 25, 1986.

Charles Clifford Schwartz, Clayton, for defendant-appellant.

Darryl L. Hicks, Warrenton, for plaintiff-respondent.

ORDER

PER CURIAM.

Former husband appeals dissolution decree claiming trial court error in awarding child support and maintenance which was not supported by the evidence at trial. We find there was sufficient competent evidence in the record to support the trial court's decision. *Bull v. Bull,* 634 S.W.2d 228 (Mo.App.1982). The parties have been furnished with a memorandum solely for their information setting forth the reasons for the order affirming the judgment. No jurisprudential purpose would be served by a written opinion. Judgment affirmed in accordance with Rule 84.16(b).